UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Meyers Printing Companies, Inc. | ) | Case No. 18-cv-2351 (JNE/TNL) |
| | ) | |
| Plaintiff, | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| v. | ) | |
| | ) | |
| E2Open, LLC and Insight Venture Partners, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that Plaintiff, THE MEYERS PRINTING COMPANIES, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action *without prejudice.*

Signed this 19th day of October, 2018.

                    Respectfully submitted,

                    KLUGER, KAPLAN, SILVERMAN, KATZEN &
                    LEVINE, P.L.

                    *s/ Daniel Rosen*
                    Daniel N. Rosen, #250909
                    60 South 6th Street, Suite 3615
                    Minneapolis, MN 55402
                    Tel: (612) 767-3000
                    Fax: (612) 767-3004
                    drosen@klugerkaplan.com
                    ***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received Notices of Electronic Filing.

By: */s/ Daniel N. Rosen*
**DANIEL N. ROSEN**

## SERVICE LIST

Jeffrey B. Korn, Esq.
WILKIE FARR & GALLAGHER, LLP
787 Seventh Avenue
New York, NY 10019
212-728-8842
Jkorn@willkie.com

Barbara Podlucky Berens, Esq.
Erin K. Fogarty Lisle, Esq.
Carrie L. Zochert, Esq.
BERENS & MILLER, P.A.
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
bberens@berensmiller.com
elisle@berensmiller.com
czochert@berensmiller.com
(612) 349-6171